Todd D. Carpenter (CA 234464)
**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

Deval R. Zaveri (CA 213501)
**ZAVERI TABB, APC**
402 West Broadway, Suite 1950
San Diego, CA 92101
Telephone: (619) 831-6987
Facsimile: (619) 239-7800
dev@zaveritabb.com

*Attorneys for Representative Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DORFMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>NEW ALBERTSON'S, INC., an Ohio Corporation, doing business in California as SAV-ON PHARMACY, and DOES 1-5, inclusive,<br><br>                    Defendant. | Case No:  3:17-CV-2326-JLS-JMA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT this action is voluntarily dismissed by Plaintiff Robert Dorfman in its entirety, without prejudice. The dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 30, 2017                    Respectfully submitted,

*/s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

Deval R. Zaveri (CA 213501)
**ZAVERI TABB, APC**
402 West Broadway, Suite 1950
San Diego, CA 92101
Telephone: (619) 831-6987
Facsimile: (619) 239-7800
dev@zaveritabb.com

*Attorneys for Representative Plaintiff*